UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JOSEPH LAWRENCE FORTE
aka Joseph Lawrence Forte,

Debtor.
-----------------------------------------------------x

Case No. 23-41909 (JMM)
(Chapter 7)

**DECLARATION OF RACHEL WOLF IN SUPPORT OF MOTION OF THE U.S. STATES TRUSTEE TO COMPEL LAUREN TALIENTO TO APPEAR AT AN ADJOURNED EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to 28 U.S.C. § 1746, Rachel Wolf, declares as follows:

1) I am a Trial Attorney with the Office of the United States Trustee for Region 3. I am assigned to oversee this matter, and I have knowledge and information about this bankruptcy case. I submit this Declaration in support of the United States Trustee's motion to compel Lauren Taliento ("Taliento") to appear at an adjourned examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules.")

2) The United States Trustee served a copy of the Rule 2004 Orders and the Subpoena scheduling the Rule 2004 Exam for September 28, 2023 at 1:00 p.m., upon Taliento at 1885 Hyland Blvd, Staten Island, New York 10305 by overnight mail.

3) The United States Trustee held the Rule 2004 Exam for September 28, 2023, at 1:00 p.m. and Taliento failed to appear for the Examination.

4) Taliento has not contacted the United States Trustee to request an adjournment or a rescheduling of the Examination Date.

I declare under the penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, New York
November 10, 2023

*/s/Rachel Wolf*
Rachel Wolf, Esq.