UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

JOSEPH LAWRENCE FORTE
aka Joseph Lawrence Forte,

Debtor.

Case No. 23-41909 (JMM)
(Chapter 7)

---------------------------------------------------x

**ORDER COMPELLING LAUREN TALIENTO TO APPEAR AT AN ADJOURNED EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the hearing held before this Court on December 7, 2024 for a hearing on the motion [*ECF Doc. No.*__] of the United States Trustee for an order (the "Motion") (a) compelling Lauren Taliento ("Taliento") to appear for an adjourned examination (the "Adjourned Examination") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on January 8, 2024 at 10:00 am and (b) imposing sanctions against Taliento should she fail to appear; and __________, Esq. appearing on behalf of the United States Trustee having appeared; and proper notice of the Motion having been given; and good cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that Taliento shall appear telephonically on January 8, 2024 at 10:00 a.m. (the "Examination Date") by dialing **telephone number (866) 819-1498 and entering the Participant Code 4769770 followed by the pound sign** to answer any and all questions relating to (i) the services Taliento rendered to the Debtors, and (ii) Taliento's familiarity, if any, with the assets of the Debtors' estate; and it is further

ORDERED, that if the Examination Date is required to be rescheduled, Taliento shall appear at a new date (the "Rescheduled Examination Date") and time to be scheduled by the United States Trustee, after reasonable consultation with Taliento; and it is further

ORDERED, that the United States Trustee shall give Taliento at least seven (7) days' notice of the Rescheduled Examination Date and that such notice is proper if provided at least seven (7) days prior to the Rescheduled Examination Date; and it is further

ORDERED, that the portion of the Motion seeking sanctions against Taliento is adjourned to a later date and time at the discretion of the Court.