87

JH

John Harrington >

In Ireland. Talk next week

God bless

Tuesday 10:39 AM

HeyB

Ey

Hey

Can we sit Friday am...

Review files a biz opportunity and

Something else
On me

I am not around this week

Let's talk at some point

Can we do Monday am?

nail it down

Delivered

C

Craig Fine Apr 16

to me

From Craig Fine Cafine@caflawfirm.com

To Lauren Taliento taliecorp@gmail.com

Date Apr 16, 2024 at 10:45 AM

Standard encryption (TLS)

Learn more

I stepped away from litigation but could refer someone if needed.

•••



me Apr 16

to Craig

Who.. and ok.. how are your parents?

Sent from Gmail Mobile

•••

C

Craig Fine Apr 16

to me

Richard Rosenzweig on Beach St over in Stapleton. Their good, thanks.

•••

Re: 23-41909 (JMM)

Dear Judge Jil Mazer-Marino,

I hope this letter finds you in good health and high spirits. I am writing to you today to request leniency in holding me in Contempt of Court. I respect you tremendously and your professional opinion. Please, I just implore you to read this with an open mind. Since the last court date leading up to March 28, 2024, my chaotic personal life has become even more problematic. This is a fact, not an excuse. My health issues and, also since Covid and other traumas my anxiety has gotten worse. My little girl was the victim of bullying and wanted to take her life. It escalated so badly that she was missing for hours on March 8. That caused my husband Who struggles with depression to have a mini breakdown and us as a couple almost divorced. We were separated for almost one month and it was Hell. I couldn't think clearly.

I truly misread the paperwork. I truly thought that as long as I took the call with Mrs. Wolfe all was ok. Never for one second did I seek to disrespect you, the court. Furthermore, would I ever break the law or disobey an order. Money is and was an issue too and when she began speaking to me she was nasty and intimidating and I got so scared. I didn't have a chance up until now to see counsel.

I understand the gravity of this and I do not intend to trivialize or downplay the seriousness of the offense. However, I believe that it is important to provide the court with some insight into the character.
I trust in your wisdom and impartiality in this matter. Thank you for taking the time to review this letter and for considering my personal life. Also, I have attached the email from Mr. Fine and texts with John Harrington. I am Desperately seeking an attorney that I can retain and afford ASAP. Please understand! Thank You!

Yours sincerely,
Lauren Taliento
04/18/2024