UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

Case No. 23-41909 (JMM)

JOSEPH LAWRENCE FORTE
*aka* JOSEPH LAWRENCE FORTE,

Chapter 7

Debtor.
---------------------------------------------------------X

**ORDER SCHEDULING HEARING**

Upon the hearing on the United States Trustee's Motion to Compel Lauren Taliento to Appear at an Adjourned Rule 2004 Examination **[ECF No. 37] (JMM)** held in the above-named case on December 7, 2023 at which Rachel Wolf, Esq. appeared for the United States Trustee; and upon the Court's Order dated December 21, 2023 compelling Lauren Taliento to Appear at an Adjourned Rule 2004 Examination scheduled for January 8, 2024 at 10:00 AM (the "Order to Compel") **[ECF No. 39] (JMM)**; and upon the Affirmation of Noncompliance of the United States Trustee dated January 19, 2024 **[ECF No. 44] (JMM)**; it is hereby

**ORDERED**, that the Court shall schedule a Status Conference for **February 27, 2024, at 10:00 a.m. (the "Hearing")** at which Lauren Taliento is directed to appear; and it is further hereby

**ORDERED**, that on or before **February 23, 2024**, Lauren Taliento shall file a written explanation for her failure to comply with the Order to Compel ("Written Explanation"); and it is further

**ORDERED**, that should Lauren Taliento fail to file a Written Explanation and/or fail to appear at the Hearing, the Court may impose **monetary sanctions and may enter an order which directs the U.S. Marshall Service to detain Lauren Taliento, wherever she may be, and bring Lauren Taliento to the U.S. Bankruptcy Court for the Eastern District of New York located at 271-E Cadman Plaza, Brooklyn, New York 11201 for a further hearing on this Order**

**(JMM)**; and it is further

**ORDERED**, that parties may appear at the Hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED, that the United States Trustee shall serve a copy of this Order on Lauren Taliento at her last known address by First Class Mail and e-mail (if e-mail address is known) by February 2, 2024; and it is further**

**ORDERED, that the United States Trustee shall file a certificate of service with the Court by February 20, 2024 evidencing the United States Trustee's compliance with the service requirements of this Order; and it is further**

**ORDERD**, that the Hearing may be adjourned without notice other than an announcement at the Hearing.

Dated: January 30, 2024
Brooklyn, New York

United States Bankruptcy Court
Eastern District of New York

Jil Mazer-Marino
United States Bankruptcy Judge

6:44

121

P

Pasquale

Tue, Apr 23 at 4:47 PM

Can we meet or is Monday better? Kids home this week.

Tue, Apr 23 at 11:27 PM

On vaca. Call you tomorrow.

Today 6:27 PM

Hey can we sit Monday even a bit on a few different things going on. Please .. will need you to represent me on something I have to testify with I asked for a lawyer . I need to have you in place . Can we talk in person Monday am it will be easier ?

Subject

Text Message




Hours or services may differ

**Sponsored**

Rubenstein Law Personal Injury Laywers
5.0 ★★★★★ (2)
Personal injury attorney · 300 Cadman Plaza W…
Open 24 hours
CALL

Pasquale Calcagno, Attorney At Law
4.3 ★★★★☆ (12)
Attorney · 900 South Ave
CALL

Calcagno and Associates - Pasq...
5.0 ★★★★★ (75)
Law firm · 900 South Ave 3rd Floor
Closed · Opens 9 AM Thu
SCHEDULE
CALL

LinkedIn · Pasquale Calcagno
2K+ followers

Pasquale Calcagno - Calcagno & Associates, PLLC.

Staten Island, New York, United States · Calcagno & Associates, PLLC.
As an Owner, I have over 22 years of legal experience in real estate in the area of… · Experience: Calcagno &

Call +1 (718) 568-3585

Cancel

pasquale calcagno staten island

6:38 78

Garbage >

# Your Meeting has been Scheduled

Thank you for your appointment request. We will contact you shortly to confirm your request. Please call our office at if you have any questions.

60 Mins

10:00 AM - 11:00 AM , Mon, May 6, 2024

America/New_York (EDT)

Google Calendar

Outlook Calendar

iCloud Calendar

AA sendit.casefuel.com

6:39 77

Jt Homesavers Save Your Home And Cre...
Mon May 6, 2024 10am – 11am (EDT)

When
Mon May 6, 2024 10am – 11am (EDT)

Organizer
Pasquale Calcagno

Invitees
Pasquale Calcagno
Lauren Taliento

Yes No Maybe

Open in Calendar

**Pasquale Calcagno** 6:38 PM
to me

| | |
|---|---|
| From | Pasquale Calcagno<br>pasquale@firstgotham.com |
| Reply To | Pasquale Calcagno<br>pasquale@firstgotham.com |
| To | talientolauren@gmail.com |
| Date | May 1, 2024 at 6:38 PM |
| | Standard encryption (TLS)<br>Learn more |

Yes sit on department of justice depo for lauren taliento

==========

Phone:- (347) [redacted]


8:28
13
Edit
P
Pasquale
message
call
video
mail
pay
P
Contact Photo & Poster
phone RECENT
+1 (917) 282-9736
home
pasquale@firstgotham.com
social profile (Siri found in WhatsApp)
Pasquale
Notes
Send Message
Share Contact